UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 22-81084-CIV-CANNON

**NELSON FERNANDEZ**,

    Plaintiff,

v.

**AMERICAN ELECTRIC
NORTH AMERICA, LLC**,

    Defendant.
_____/

**ORDER CLOSING CASE**

**THIS CAUSE** comes before the Court upon Plaintiff's Notice of Voluntary Dismissal Without Prejudice [ECF No. 12], filed on October 10, 2022. Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the Notice of Voluntary Dismissal, filed by Plaintiff prior to Defendant serving an answer or motion for summary judgment, dismisses the case. *See* Fed. R. Civ. P. 41(a)(1)(A)(i). Accordingly, this case is **DISMISSED WITHOUT PREJUDICE**, effective October 10, 2022, the date on which Plaintiff filed his Notice of Voluntary Dismissal [ECF No. 12].

The Clerk of Court shall **CLOSE** this case. Any pending motions are **DENIED AS MOOT**.

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida this 11th day of October 2022.

                                                                                     _____
                                                                                 **AILEEN M. CANNON
                                                                                 UNITED STATES DISTRICT JUDGE**

cc:    counsel of record